

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CR 03-391 RGK

UNITED STATES OF AMERICA,
    Plaintiff,
v.
ANTHONY ANDRE DE MYERS
    Defendant.

) ORDER OF DETENTION AFTER
) HEARING ( Fed.R.Crim.P. 32.1(a)(6)
) Allegations of Violations of Probation
) Supervised Release)
) Conditions of Release)

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (X) the appearance of defendant as required; and/or

(B) (X) the safety of any person or the community.

//
//

The court concludes:

A.  ( )  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____
_____
_____
_____

(B)  (X)  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

          unverified background
_____
_____
_____

IT IS ORDERED that defendant be detained.

DATED: 7/28/11

*[signature]*
UNITED STATES MAGISTRATE JUDGE
CARLA M. WOEHRLE